[No. 20782-0-III.   Division Three.   May 15, 2003.]

SOUTH NACHES IRRIGATION DISTRICT, *Appellant*, v. MERLE O. BREWER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-00941-2, C. James Lust, J., entered December 14, 2001. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 20841-9-III.   Division Three.   May 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD A. LESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01723-4, James M. Murphy, J., entered January 18, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 20892-3-III.   Division Three.   May 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. McNEIL E. GLOVER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01782-0, Tari S. Eitzen, J., entered January 30, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21189-4-III.   Division Three.   May 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PHILLIP CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00139-7, Evan E. Sperline, J., entered May 14, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.